JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JASON C.,[1]

              Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

              Defendant.

Case No. 5:20-cv-00766-MCS-AFM

**JUDGMENT OF REMAND**

    This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further administrative proceedings consistent with the Report.

DATED: October 25, 2021

                        _____
                        MARK C. SCARSI
             UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.