UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON C.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant. | Case No. 5:20-cv-00766-MCS-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636 the Court has reviewed the records in this matter and the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the

1 | Report and Recommendation and grants in part and denies in part
2 | Plaintiff's Counsel's motion for attorney's fees pursuant to 42 U.S.C.
3 | § 406(b) (ECF 35).

DATED: June 11, 2024

*/s/ Mark C. Scarsi*

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE